IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| *In re* Subpoena to Appear and Testify Issued to U.S. Representative Patrick T. McHenry in *Lampe v. Lampe*, 08-CVD-1865, (Dist. Ct., Caldwell Cty., NC) | Misc. Case No. 5:09-mc-5<br><br>(The Hon. Richard Voorhees, U.S.D.J.)<br>(The Hon. David Keesler, U.S.M.J.) |

### ORDER

UPON CONSIDERATION of U.S. Representative Patrick T. McHenry's Motion to Quash ("Motion"), the opposition of Beverly Snowden Lampe, if any, and the entire record herein, it is by the Court this _1st_ day of _DEC_, 2009, ORDERED

That the Motion is granted. IT IS FURTHER ORDERED

That the subpoena issued to Representative McHenry by the District Court of Caldwell County, North Carolina to appear and testify in *Lampe v. Lampe*, 08-CVD-1865 is quashed.

Hon. _____
Hon. Richard Voorhees
U.S. District Judge

Copies to:

Ariel B. Waldman, Assistant Counsel
Office of the General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
FAX: 202/226-1360

J. Steven Brackett, Esq.
J. Steven Brackett Law Office
First Plaza Building, Suite 135
1985 Tate Boulevard SE
Hickory, NC 28602